|   |   |   |
|---|---|---|
| | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

AARON MCCOY,

      Plaintiff,                       No. 2:09-cv-1279 JFM (PC)

   vs.

DERRAL ADAMS, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner at Corcoran State Prison, has filed a document styled "Petition for Preliminary Injunction," seeking an order from the court compelling the prison officials to dismiss disciplinary charges levied against him. No other pleadings have been filed by the plaintiff. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mcco1279.22